**Electronically Filed
Supreme Court
SCPW-25-0000654
18-FEB-2026
02:20 PM
Dkt. 6 ODDP**

SCPW-25-0000654

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

CARL ROGER PI'IALI'I MINNS, JR.,
Petitioner.

vs.

THE HONORABLE JOHN A. MONTALBANO,
Judge of the Family Court of the First Circuit,
State of Hawai'i, Respondent Judge.

_____

ORIGINAL PROCEEDING
(CASE NO. 1FPA-24-0000024)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Morikone, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus, filed September 23, 2025, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek the relief sought in this original proceeding. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, February 18, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kevin T. Morikone